United States District Court

Eastern District of California

Anthony Turner,

    Petitioner,　　　　　　　　No. Civ. S 03-2248 DFL PAN P

  vs.　　　　　　　　　　　　　　Order

James Yates, Warden,

    Respondent.

-oOo-

January 10, 2005, respondent moved for an extension of time to respond to the petition.  January 13, 2005, the court granted the request.  January 28, 2005, petitioner filed a document styled, "Motion to Expedite Respondent's Extension of Time," opposing respondent's January 10, 2005, motion.

Since the court granted respondent's request for additional time, petitioner's January 28, 2005, motion is denied.

So ordered.

Dated:  June 2, 2005.

                         /s/ Peter A. Nowinski
                         PETER A. NOWINSKI
                         Magistrate Judge