IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TURNER,

        Petitioner,                  No. CIV S-03-2248 DFL PAN P

    vs.

JAMES YATES, Warden,

        Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 3, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent and petitioner have filed objections to the findings and recommendations. Respondent argues that petitioner's fourth claim -- regarding his allegedly wrongful loss of credits -- should be dismissed as unexhausted.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the

1

1 entire file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.  However, the court agrees with respondent that petitioner's fourth claim was not
3 exhausted.  Petitioner has not raised this claim in any of his state petitions that have been ruled
4 on by the California Supreme Court.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1. The findings and recommendations filed June 3, 2005, are adopted in part as
7 follows:

8     a. The court adopts the magistrate judge's recommendation to dismiss
9 petitioner's seventh claim;

10     b. The court refers the case back to the magistrate judge to determine
11 whether the plaintiff wants to amend his petition to omit his fourth claim or stay the case pending
12 exhaustion of that claim;

13    2. Respondent's March 14, 2005, motion to dismiss is granted in part, claim
14 seven is dismissed without prejudice, and the case is referred back to the magistrate as stated
15 above.

16 DATED: 11/11/2005

_____
DAVID F. LEVI
United States District Judge