1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R. TURNER,

11           Petitioner,                            No. CIV S 03-2248 DFL PAN P

12       vs.

13   JAMES YATES,

14           Respondent.              ORDER

15   _____/

16           Petitioner is a state prisoner seeking relief pursuant to 28 U.S.C. § 2254.  On

17   March 1, 2006, he filed a document styled, "Notice of Motion for Admission, Inclusion of

18   Supplemental Traverse, Memorandum and Authorities in Support and Notice of Motion for

19   Show Cause Order be Issued Forthwith."

20           Respondents have not answered the petition and so any reply is premature.

21   Petitioner's filing is not authorized by the Rules Governing Section 2254 Proceedings or by the

22   Federal Rules of Civil Procedure.

23           Accordingly, IT IS HEREBY ORDERED that:

24           1.  The court will disregard petitioner's March 1, 2006, "Notice of Motion for

25   Admission, Inclusion of Supplemental Traverse, Memorandum and Authorities in Support and

26   Notice of Motion for Show Cause Order be Issued Forthwith."

1

1          2.  The Clerk of the Court is directed to make a notation thereon to that effect.

2   DATED: April 24, 2006.

3

4

   _____
5   UNITED STATES MAGISTRATE JUDGE

6

7   \004\ turn2248.disregard

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26